

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.,** WRH Energy Partners, L.L.C., William R."Bill" Huff,
Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY,**
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellant Riley-Huff Energy Group, LLC's unopposed first motion for extension of time to file reply brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court